# O'CONNOR REDD ORLANDO LLP

STEVEN M. O'CONNOR*
JOSEPH T. REDD^
JOSEPH A. ORLANDO*
PETER URRETA
JERRI A. DeCAMP*
LaWANDA M. GETER*
—————
*SENIOR COUNSEL*
SEAN A. LATELLA*

*MEMBER NY & CT BARS
++MEMBER NY & NJ BARS
^MEMBER NY, CO & UT BARS

ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 1000|242 KING STREET | PORT CHESTER, NEW YORK  10573
MAIN 914-686-1700 | FAX 914-328-3184
WWW.OCONNORLAWFIRM.COM

CONNECTICUT OFFICE:
304 Federal Road, Suite 316
Brookfield, Connecticut 06804

*Kevin Page, Of Counsel*

LAUREN CREEGAN++
AALIYAH C. SHORTE
ANTHONY J. RUGGERI++
ALEJANDRA MIHIC
MICHAEL CATTANI
EMILY K. BINNS
PARAIC McGANN
JASON YADHRAM

**DIRECT ALL CORRESPONDENCE TO P.O. BOX AT NY OFFICE**

December 3, 2025

**VIA ECF**
Hon. Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:    Alauddin Ahmed v. Fine Art Security Transport LLC, et. al. - 1:25-cv-08186*

This office represents the defendants, Fine Art Security Transport LLC and Joseph Barone Jr., in connection with the above-referenced action.

I am writing this joint letter with the consent of plaintiff's counsel.

This personal injury action was recently transferred from State to Federal Court under diversity of jurisdiction.

A Mediation Referral Order was issued by Your Honor on November 18, 2025 (Doc. 6) with a recent notice from the mediator indicating that the first mediation session should be finalized by December 24, 2025.

We are respectfully requesting that the mediation of this action be adjourned for at least 120 days so as to afford the parties an opportunity to conduct discovery, including obtaining the plaintiff's numerous medical records, before conducting party depositions and physical examination of the plaintiff, before engaging in mediation.

Thank you for Your Honor's time and consideration in this regard.

Respectfully,

O'CONNOR REDD ORLANDO LLP

By: *Michael E. Cattani*
Michael E. Cattani, Esq.

Hon. Judge Jennifer L. Rochon
USDC, SDNY
*Re: Alauddin Ahmed v. Fine Art Security Transport LLC, et. al. - 1:25-cv-08186*
December 3, 2025
Page 2

_____

CC:

**VIA EMAIL TO:**
Teperman & Teperman, LLC
Attention: Jay S. Campbell, Of Counsel
***Attorneys for Plaintiff***
15 East 40th Street, Suite 800
New York, New York 10016
(212) 725-2313

Request DENIED.  The parties are to engage in pre-mediation discovery as the Court's November 18, 2025 Order directed.  That discovery, which the Court ordered to be conducted within 60 days, includes Plaintiff's medical records and information relating to any independent medical examination of Plaintiff.  *See* Dkt. 6.  Indeed, the Court's Order required that Plaintiff "submit to an Independent Medical Examination (IME) in advance of the mediation" if Defendant so requested, and that Defendant schedule any such IME within 45 days of that Order.  *Id*.  The parties have not provided good cause to alter this schedule or adjourn mediation, which has not yet been scheduled.  The parties shall adhere to the Court's November 18, 2025 Order.

Dated: December 5, 2025
       New York, New York

**SO ORDERED.**

JENNIFER L. ROCHON
**United States District Judge**